1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT
                             EASTERN DISTRICT OF CALIFORNIA
9

10

11    DESERIE CRAVALHO,                    )
                                           )
12                                         )
                     Appellant,            )          CV F-05-0669 OWW
13                                         )
           v.                              )
14                                         )
      MERCED CITY SCHOOL DISTRICT          )          ORDER DISMISSING ACTION
15    et al.,                              )          WITH PREJUDICE AS TO
                                           )          STEPHEN MENDYK ONLY
16                   Defendant             )
      _____)
17

18
           Pursuant to the request of plaintiff, this action is dismissed
19
      with prejudice as to defendant STEPHEN MENDYK only.
20

21

22    Dated: August 22, 2005              /s/ OLIVER W. WANGER
                                          _____
23                                        OLIVER W. WANGER
                                          United States District Judge
24

25

26

27

28                                          1