Jeffrey R. Olson, # 120945
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA  95354
Telephone:   (209) 524-1100
Facsimile:    (209) 524-1188

Attorneys for Defendants
Merced City School District, Robert Frausto, and Leon Cope

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT

| | |
|---|---|
| DESERIE CRAVALHO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCED CITY SCHOOL DISTRICT, and STEPHEN A. MENDYK, an individual, ROBERT FRAUSTO, an individual, LEON COPE, an individual, and DOES ONE through TWENTY, inclusive,<br><br>　　　　Defendants. | Case No.  1:05-CV-00669-OWW-DLB<br><br>**STIPULATION FOR PROTECTIVE ORDER AND ORDER** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, pursuant to FRCP 26(c), that the court enter the following protective order.

56697/00000-958578.v1

Dated: _____                                     Respectfully submitted,

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP


By:          /s/Jeffrey R. Olson
Jeffrey R. Olson
Attorneys for Defendants
Merced City School District, Robert Frausto,
and Leon Cope


Dated: _____                                     LAW OFFICES OF RAND L. STEPHENS


By:          /s/Rand L. Stephens
RAND L. STEPHENS
Attorney for Plaintiff
Deserie Cravalho

     1.     CONFIDENTIAL INFORMATION. Defendants, Merced City School District ("MCSD"), Robert Frausto and Leon Cope; and MCSD employees, Pam Atkinson, Elida Silva and Trish Wylie, consider the following in good faith to constitute attorney-client privilege communications and confidential personal information subject to protection under California law:

     a.     The November 12, 2003 interviews of Leon Cope, Pam Atkinson, Elida Silva and Trish Wylie by MCSD's attorney, Stephen A. Mendyk, in connection with the investigation of a MCSD employee complaint, which consist of the following:

     (1)     Audio tapes of said interviews;

     (2)     Transcriptions of said interviews prepared by reporter Ray Eggebraaten;

     (3)     Robert Frausto's notes taken during said interviews; and

     (4)     Robert Frausto's notes taken during the interview of Deserie Cravalho.

56697/00000-958578.v1

2

1:01-CV-00669-OWW-DLB

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
CENTRE PLAZA OFFICE TOWER
1150 NINTH STREET, SUITE 1200
MODESTO, CA 95354

2. PRODUCTION OF CONFIDENTIAL INFORMATION. Promptly upon this order being entered, filed, and served on the parties, defendant, MCSD, shall provide a copy of said Confidential Information to Rand L. Stephens, attorney for plaintiff. Each page of Mr. Frausto's notes shall be Bates stamped consecutively beginning with the number 5001. Defendants do not waive their right to assert the attorney-client privilege with respect to any other materials generated in connection with said investigation.

3. PROCEDURE FOR FILING/LODGING CONFIDENTIAL INFORMATION WITH THE COURT. The parties hereby agree that good cause exists for the Court to order the sealing of the Confidential Information. However, irrespective of the stipulation of the parties, it is recognized that the Court must independently determine if good cause in fact exists, balancing the potential harm to the moving party's interests against the public's right to access the court files. Therefore, a party that intends on filing or lodging Confidential Information with the Court in this case, shall promptly notify the opposing party(ies) of such intent, and provide opposing party(ies) the opportunity to apply to the Court for a protective order sealing the Confidential Information before it is submitted to the Court. The parties shall comply with FRCP 26(c) and this Court's local rule 39-141.

4. LIMITATION ON DISCLOSURE OF CONFIDENTIAL INFORMATION. Except with the prior written consent of all the other parties, or upon prior order of this Court obtained upon notice to opposing counsel, Confidential Information must not be disclosed to any person other than:

    a. the Court and Court personnel;

    b. the court reporter and videographer (if any) present at any hearing or deposition;

    c. counsel for the respective parties to this litigation, including employees and associates of counsel;

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA 95354

      d.      persons who authored, prepared, or received the Confidential Information in a context outside this litigation;

      e.      the named parties to this litigation, to include any officer or employee of the MCSD, to the extent deemed necessary by counsel for the prosecution or defense of this litigation;

      f.      percipient witnesses (other than expert witnesses and consultants). A witness must sign the Certification (see page 6 to this order) before being shown Confidential Information. Confidential Information may be disclosed to a witness who will not sign the Certification only in a deposition at which the party who designated the Confidential Information has been given prior notice that Confidential Information produced by the party may be used. Confidential Information shall not be attached as an exhibit to any deposition. Witnesses shown Confidential Information are not allowed to retain copies.

      g.      consultants or expert witnesses retained for the prosecution or defense of this litigation.

5.    CERTIFICATION FORM. Except for persons identified in paragraph 4 (a), (b), (c), and (d), each person who is authorized by this order to inspect or have access to the Confidential Information and who in fact inspects such, must, before conducting the inspection or having access, execute the Certificate attached to this order and thereby agree to be bound by its provisions. The Certification form(s) must be retained by counsel of the party that disclosed the Confidential Information during the pendency of the action and for a period of five years after the conclusion of the action as defined in paragraph 9 below. The Certification forms need not be disclosed to opposing counsel, but opposing counsel may apply to the Court for an order compelling disclosure on a showing of good cause.

6.    LIMITATION ON USE OF CONFIDENTIAL INFORMATION. Persons receiving Confidential Information must not reveal or discuss that information to or with any person who is not entitled to receive the information, except as set forth in this order.

7.    COPIES OF CONFIDENTIAL INFORMATION. This order does not restrict a person who is properly in the possession of Confidential Information from (1) making working

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA 95354

56697/00000-958578.v1    4

1:01-CV-00669-OWW-DLB

copies, abstracts, digests, and analyses of Confidential Information for use in connection with this litigation or (2) converting or translating Confidential Information into machine readable form for incorporation in a data retrieval system used in connection with this litigation. Any such copies, abstracts, digests, analyses, or data compilations have the same level of protection under the terms of this order as the Confidential Information from which they are derived.

8. ALL CONFIDENTIAL INFORMATION TO BE USED ONLY FOR THIS CASE. All Confidential Information must be used by the party or parties to whom the Confidential Information is produced solely for the purpose of this case.

9. CONCLUSION OF LITIGATION. The conclusion of this action is defined as 30 days after the expiration of the time to appeal or challenge any final judgment or settlement. All provisions of this order restricting the communication or use of Confidential Information continue to be binding after the conclusion of this action, unless otherwise agreed or ordered. Upon conclusion of this action, a party who received Confidential Information in the context of this action, other than that which is contained in pleadings, correspondence, and deposition transcripts, must either (1) return such documents no later than 30 days after conclusion of this action to counsel for the party who provided such Confidential Information, or (2) destroy such documents within that time period upon written consent of the party who provided the Confidential Information and certify in writing to said party within 30 days thereafter that the documents have been destroyed.

The Stipulation having been reviewed by the Court and good cause shown:

IT IS SO ORDERED.

| Date: | ___May 11, 2006___ | | ___/s/ Dennis L. Beck_____ |
| | | | HONORABLE DENNIS L. BECK<br>U.S. Magistrate Judge |

56697/00000-958578.v1        5

1:01-CV-00669-OWW-DLB

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA  95354

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA  95354

56697/00000-958578.v1                 6

1:01-CV-00669-OWW-DLB

**CERTIFICATION**

I hereby certify my understanding that Confidential Information is being provided to me pursuant to the terms and restrictions of the Protective Order dated _____, in *DESERIE CRAVALHO v. MERCED CITY SCHOOL DISTRICT, and STEPHEN A. MENDYK, ROBERT FRAUSTO, LEON COPE, and Does 1-20*, United States District Court, Eastern District, Case No. 1:05-CV-00669-OWE-DLB. I have been given a copy of that Protective Order and read it. I agree to be bound by the Protective Order. I will not reveal the Confidential Information to anyone, except as allowed by the Protective Order. I will maintain all the Confidential Information in a secure manner to prevent unauthorized access to it. No later than 30 days after the conclusion of this action, I will return the Confidential Information to the counsel who provided me with the Confidential Information. I hereby consent to the jurisdiction of the United States District Court, Eastern District, for the purpose of enforcing the Protective Order.

Date: _____          _____

712513.v1

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
Centre Plaza Office Tower
1150 Ninth Street, Suite 1200
Modesto, CA 95354

56697/00000-958578.v1          7

1:01-CV-00669-OWW-DLB