1 | RAND L. STEPHENS SBN 117229
LAW OFFICES OF RAND L. STEPHENS
2 | 1125 B ARNOLD DR. #278
MARTINEZ, CA. 94553
3 | (510) 232-9335

4 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| DESERIE CRAVALHO,<br><br>    Plaintiff,<br><br>  vs.<br><br>MERCED CITY SCHOOL DISTRICT, and STEPHEN A. MENDYK, an individual, ROBERT FRAUSTO, an individual, LEON COPE, an individual; and DOES ONE THROUGH TWENTY, Inclusive,<br><br>    Defendants. | Case No.: 1:05-CV-00669-OWW-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND NEW SCHEDULING ORDER** |

**STIPULATION**

The Parties have been unable to complete discovery, notwithstanding a diligent and good faith effort to do so. Good cause exists for a continuance of the trial. The Court indicated that the parties should agree to a new Scheduling Order as a requisite to continuing the trial. Defendants appear by and through their attorney of record, Jeffrey R. Olson of MCCORMICK BARSTOW LLP; Plaintiff appears by and through her attorney of record, Rand L. Stephens of the LAW OFFICE OF RAND L. STEPHENS.

The Parties stipulate to the following dates:

**Discovery Deadlines:**
Non-Expert: December 7, 2006

**Non-Dispositive Motions Deadline:**
Filing: December 14, 2006
Hearing: January 12, 2007

**Pre-Trial Conference:**
January 12, 2007 at 1:30 p.m.

**Trial:**
February 20, 2007 at 9:00 a.m. before the Honorable Dennis L. Beck, Magistrate in Courtroom Number Nine

**IT IS SO STIPULATED:**

Dated: July __, 2006                    _____/s/_____
                                         Jeffrey R. Olson
                                         MCCORMICK BARSTOW LLP


Dated: July __, 2006                    _____/s/_____
                                         Rand L. Stephens
                                         LAW OFFICES OF RAND L. STEPHENS

### ORDER

**IT IS ORDERED** that parties' Stipulation to continue the trial and reschedule the deadlines is approved and the matter is continued and rescheduled as specified in the above Stipulation. All other Orders and performance dates, particularly those in the original Scheduling Order, shall remain in full force and effect.

**IT IS SO ORDERED**.

Dated: August 9, 2006


                                         ____/s/ *Dennis L. Beck*_____
                                         Honorable DENNIS L. BECK, Magistrate Judge