UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DESERIE CRAVALHO<br>Plaintiff<br><br>vs<br><br>MERCED CITY SCHOOL DISTRICT<br><br>Defendant | ) ) ) ) ) ) ) ) ) | NEW CASE NO.  1:05-cv-00669 DLB<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE<br><br>Old Case No.  1:05-cv-00669-OWW-DLB |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge DENNIS L. BECK as Presiding Judge of the above entitled action.  Plaintiffs filed their consent on September 21, 2005, and Defendants filed their consent on September 19, 2005,  under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

1:05-cv-00669 DLB

IT IS SO ORDERED.

**Dated:   August 10, 2006      /s/ Oliver W. Wanger**
emm0d6                UNITED STATES DISTRICT JUDGE