1  Rand L. Stephens SBN 117229
   LAW OFFICES OF RAND L. STEPHENS
2  1125 B Arnold Dr. #278
   Martinez, CA. 94553
3  (510) 232-9335
   Facsimile: (510-232-4633
4
   Attorney for Plaintiff
5
   Jeffrey R. Olson, # 120945
6  MCCORMICK, BARSTOW, SHEPPARD
   WAYTE & CARRUTH LLP
7  Centre Plaza Office Tower
   1150 Ninth Street, Suite 1200
8  Modesto, CA  95354
   Telephone:    (209) 524-1100
9  Facsimile:     (209) 524-1188

10 Attorney for Defendants

11

12                       UNITED STATES DISTRICT COURT

13                       EASTERN DISTRICT OF CALIFORNIA

14

15 DESERIE CRAVALHO,                     Case No.: 1:05-CV-00669-OWW-DLB

16        Plaintiff,

17   vs.                                 **STIPULATION AND ORDER TO
                                         DISMISS WITH PREJUDICE**
18 MERCED CITY SCHOOL DISTRICT, and
   STEPHEN A. MENDYK, an individual,
19 ROBERT FRAUSTO, an individual, LEON
   COPE, an individual; and DOES ONE
20 THROUGH TWENTY, Inclusive,

21        Defendants.

22

23

24 ///

25 ///

Stipulation and Order to Dismiss  -1-

PDF created with pdfFactory trial version www.pdffactory.com

# STIPULATION

The parties, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed with prejudice, each party to bear its own attorney's fees and costs.

Dated:  January 2, 2007          LAW OFFICES OF RAND L. STEPHENS

                                 By _____/s/_____
                                    Rand L. Stephens,
                                    Attorney for Plaintiff
                                    DESIRIE CRAVALHO

Dated:  January 2, 2007          MCCORMICK, BARSTOW, SHEPPARD
                                      WAYTE & CARRUTH LLP

                                 By _____/s/_____
                                    Jeffrey Olson,
                                    Attorney for Defendants,
                                    MERCED CITY SCHOOL
                                    DISTRICT, ROBERT
                                    FRAUSTO, and LEON COPE

**IT IS SO ORDERED**.

 Dated: March 9, 2007

                                 /s/ Oliver W. Wanger
                                 _____
                                 Honorable OLIVER W. WANGER
                                 UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com